IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| **In re: TSR LLC,** | Case No.: 23-01577-5-DMW |
| **Debtor.** | |

DECLARATION OF LAUREN RAINWATER IN SUPPORT OF WIZARDS OF THE
COAST LLC'S MOTION FOR CONFIRMATION THAT THE AUTOMATIC STAY DOES
NOT APPLY OR FOR RELIEF FROM THE AUTOMATIC STAY

I, Lauren Rainwater, declare as follows:

1.       I am an attorney at Davis Wright Tremaine LLP and counsel for Wizards of the Coast LLC in *TSR LLC v. Wizards of the Coast LLC*, Case No. 2:21-cv-01705-SKV (W.D. Wash.). This declaration is made in support of Wizards' Motion for Confirmation that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay. I am in all ways competent to make this declaration, and I do so on the basis of personal knowledge.

2.       I have attached as **Exhibit A** a true and correct copy of the Protective Order entered on November 4, 2022, in *TSR LLC v. Wizards of the Coast LLC*, Case No. 2:21-cv-01705-SKV (W.D. Wash.). At the Western District of Washington court's direction, Wizards drafted and the parties ultimately stipulated to a protective order governing the parties' conduct toward witnesses, after third-party subpoena recipients were harassed in connection with their participation in the litigation.

3.       I have attached as **Exhibit B** a true and correct copy of website screenshots of donosemora.com captured by my law firm on June 15, 2023. At the time of this declaration, the web address redirects to the Calhoun County, Michigan, Corrections Division website, https://www.calhouncountymi.gov/departments/sheriffs_office/jail.php.

4.       I have included as **Exhibit C** Facebook screenshots provided by Don Semora on June 15, 2023, showing Mr. LaNasa disparaging Mr. Semora.

5.      I have included as **Exhibit D** a true and correct copy of letter correspondence sent on June 20, 2023, to TSR LLC's counsel Algernon Butler III regarding Mr. LaNasa's violations of the protective order.  I have omitted from this copy of the letter exhibits A and C enclosed with it, as the materials contained in those exhibits are already attached as Exhibit A, Exhibit B, and Exhibit C to this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 14th day of July, 2023.

Lauren Rainwater

DECLARATION OF
LAUREN RAINWATER – 2

# Exhibit A

1
2
3
4
5
6

The Honorable S. Kate Vaughan

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT SEATTLE

9   TSR LLC,

10                          Plaintiff,              Case No. C21-1705-SKV

11          v.                                      **STIPULATED [~~PROPOSED~~]**
                                                    **PROTECTIVE ORDER**
12  WIZARDS OF THE COAST LLC,                       **GOVERNING CONDUCT**

13                          Defendant.

14
    WIZARDS OF THE COAST LLC,
15
                      Counterclaim Plaintiff,
16

17          v.

18  TSR LLC; JUSTIN LANASA; and
    DUNGEON HOBBY SHOP MUSEUM LLC,
19

20                Counterclaim Defendants.

21

22  1.      PURPOSES AND LIMITATIONS

23          This Stipulated Protective Order Governing Conduct ("Protective Order") addresses

24  conduct regarding witnesses in this case, including third-party subpoena recipients, witnesses

25  subject to deposition or examination at trial, and any other person who may have or be perceived

26  to have information pertinent to the issues in this lawsuit, including the parties' claims and

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  defenses (collectively, "Witnesses"), and the named parties to this case (collectively referred to as
2  a "Party" or "Parties").

3  2.    SCOPE

4      2.1    The protections conferred by this Protective Order cover the Parties and any Party's
5  employees, agents, representatives, family members, or other persons acting under the Parties'
6  direction or control.

7      2.2    Witnesses who fit the descriptions in Paragraph 2.1 are covered by this Protective
8  Order.

9      2.3    This Protective Order is entered in addition to the Stipulated Protective Order
10  agreed to by the Parties and entered by this Court at Dkt. 27.  The Stipulated Protective Order
11  remains in full effect with respect to the subjects it addresses.

12  3.    CONDUCT REGARDING WITNESSES AND PARTIES

13      3.1    Basic Principles.  The full litigation of disputes on the merits requires truthful and
14  open testimony by those individuals with knowledge of facts relevant to a case.  It also requires
15  cooperation of both Parties and non-party Witnesses who have information, documents, or other
16  materials subject to discovery.  While parties in litigation retain their First Amendment rights, their
17  rights regarding the issues before the Court are constrained by the Court's pursuit of truth and the
18  just resolution of disputes.  Speech that interferes with this pursuit by harassing, intimidating,
19  pressuring, or otherwise improperly attempting to influence Witnesses or a Party is not permitted.
20  Ordinary and good faith conduct of litigation, including motions practice, depositions, and public
21  statements in the regular course of litigation, does not fall within the conduct proscribed by this
22  Protective Order.

23      3.2    Comments Regarding Witnesses.  No Party may engage in any direct or indirect
24  conduct to improperly influence testimony or participation in this lawsuit.

25  ///
26  ///
27  ///

STIPULATED PROTECTIVE ORDER GOVERNING
CONDUCT - 2
(Case No. C21-1705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    This includes, but is not limited to:

2    - any public, limited audience, or private statements intended to or likely to have the
3      effect of harassing, intimidating, threatening, or otherwise improperly influencing
4      Witnesses or a Party in this litigation;

5    - the actual or threatened dissemination of any personal information about Witnesses
6      or a Party, including information of a personal nature regardless of whether it may
7      be available in the public domain;

8    - use of a Witness's or a Party's name or likeness in a derogatory or harassing
9      manner;

10   - false and intentionally harassing reports to law enforcement about a Witness or a
11     Party;

12   - solicitation, encouragement, or suggestion for others to perform any conduct barred
13     by this Protective Order; and

14   - any other behavior intended to or likely to have the effect of improperly influencing
15     a Witness or a Party.

16       3.3    Applicable Forums.  The restrictions in Paragraph 3.2 apply to traditional media,
17   email, blogs, public statements, chat rooms, and social media, including but not limited to
18   Facebook, YouTube, Discord, Twitter, EN World, and any other internet forum, or direct messages
19   on any such platforms.  They also apply to limited-audience statements and other non-private
20   communications.

21   4.    ENFORCEMENT

22       Any violation of this Protective Order shall be brought to the Court's attention.  A Party
23   found to have directly or indirectly violated this Order may be subject to sanctions, including
24   without limitation attorneys' fees for the Party bringing the violation before the Court and any

25   ///

26   ///

27   ///

STIPULATED PROTECTIVE ORDER GOVERNING
CONDUCT - 3
(Case No. C21-1705-SKV)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  damages or expenses incurred by a Witness or a Party as a result of conduct barred by this

2  Protective Order.

3       [PROPOSED] IT IS SO ORDERED.

4  DATED: November 4th, 2022.

5

6                                    S̶t̶a̶t̶e̶ ̶V̶a̶u̶g̶h̶a̶n̶

7                                    S. KATE VAUGHAN
                                     United States Magistrate Judge

8

9  *Stipulated to by:*

10  *s/ Lauren B. Rainwater*
    Stuart R. Dunwoody, WSBA #13948
11  Lauren B. Rainwater, WSBA #43625
    MaryAnn T. Almeida, WSBA #49086
12  Eric A. Franz, WSBA #52755
    Rose McCarty, WSBA #54282
13  DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300
14  Seattle, WA  98104-1610
    Phone: (206) 622-3150
15  Fax: (206) 757-7700
    Email:  stuartdunwoody@dwt.com
16  Email:  laurenrainwater@dwt.com
    Email:  maryannalmeida@dwt.com
17  Email:  ericfranz@dwt.com
    Email:  rosemccarty@dwt.com
18
    *Attorneys for Wizards of the Coast*
19

20

21  *s/ Dayna J. Christian*              *s/ Russell D. Nugent*
    Dayna J. Christian, WSB #32459       Russell D. Nugent, *pro hac vice*
22  IMMIX LAW GROUP PC                   THE HUMPHRIES LAW FIRM P.C.
    400 Winslow Way E., Suite 210        1904 Eastwood Road, Suite 310A
23  Bainbridge Island, WA 98110          Wilmington, NC 28403
    Phone: (503) 802-5533                Phone: (910) 899-0236
24  Fax: (503) 802-5351                  Fax: (888) 290-7817
    Email: dayna.christian@immixlaw.com  Email: russell@kinglawonline.com
25

26

27  *Attorneys for Plaintiff and Counterclaim Defendants*

STIPULATED PROTECTIVE ORDER GOVERNING
CONDUCT - 4                                          Davis Wright Tremaine LLP
(Case No. C21-1705-SKV)                              LAW OFFICES
                                                     920 Fifth Avenue, Suite 3300
                                                     Seattle, WA  98104-1610
                                                     206.622.3150 main · 206.757.7700 fax

# Exhibit B

🔒 **PageVault**

| | |
|---|---|
| Document title: | Don O. Semora |
| Capture URL: | https://donosemora.com/ |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:01:23 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:02:43 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | hMKonsN9tWbCgpJDy9yPpY |
| User: | dwt-jimbudig |

PDF REFERENCE #:          aQW9TLAxhhz5QPNUVnAhHr

DON O. SEMORA



# AVOID WIZARD TOWER GAMES

Owned and operated by Don O. Semora, Don't join the list of the scammed!

## AKA WIZARD TOWER GAMES/2MOON PRESS/REPLICA FORGE

Check out this Tragic Story of damage caused by Don O. Semora.







## DON O. SEMORA MODUS OPERANDI



### Don O. Semora

Threatening & Doxing customers

### Don O. Semora

Threatening & Doxing customers part 2



### Don O. Semora

Lie upon Lie's Even TSR's # 1 Hater  Tenkar's Tavern has been Scammed, Misled & Lied to By Semora. Sounds like he knows it but still wants more sips of the Kool-Aid. Due to his hatred of TSR/Justin LaNassa

## Consumer Protection

Please click the link below if you have been scammed, defrauded, or cheated out of products or services by Don O. Semora.



Document title: Don O. Semora
Capture URL: https://donosemora.com/
Capture timestamp (UTC): Thu, 15 Jun 2023 22:02:43 GMT



Consumer Protection

Please click the link below if you have been scammed, defrauded, or cheated out of products or services by Don O. Semora.

— FILE A REPORT HERE —

# AVOID REPLICA FORGE Owned By Don O. Semora



**Grifting at its finest**

## Subscribe

Have you been Scammed, Doxed, or have been Falsely accused by Don Semora

| Email Address | — SIGN UP — |



Document title: Don O. Semora
Capture URL: https://donosemora.com/
Capture timestamp (UTC): Thu, 15 Jun 2023 22:02:43 GMT

# AVOID REPLICA FORGE Owned By Don O. Semora



## Grifting at its finest

## Subscribe

Have you been Scammed, Doxed, or have been Falsely accused by Don Semora

| Email Address | — SIGN UP — |

DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA · ALL RIGHTS RESERVED    POWERED BY GOD

Document title: Don O. Semora
Capture URL: https://donosemora.com/
Capture timestamp (UTC): Thu, 15 Jun 2023 22:02:43 GMT

🔒 **PageVault**

| | |
|---|---|
| Document title: | You Have Been Semorad |
| Capture URL: | https://donosemora.com/you-have-been-semorad |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:02:53 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:03:23 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 5 |
| Capture ID: | kJbSg8mZvupeXMBHvw2KCL |
| User: | dwt-jimbudig |

PDF REFERENCE #:   1BvkLkFMxv71iawCC5y2ac

DON O. SEMORA          DON O. SEMORA     - YOU HAVE BEEN SEMORAD     DOCUMENTS OFFICIAL     MORE ✓

## DON O. SEMORA HAS FORGED DOCUMENTS IN THE PAST



### Semora loves to play the victim

What's very interesting is if you listen to what he accuses people of, he tells you what he is doing. Don Semora, where were you stationed? What was your MOS? What was your rank? NO service member talks about a DD214. That was possibly forged. Update

## POW Network <info@pownetwork.org>

"Found NO service in any branch in the online database since 1985."
" Human Resources Command said they found no records either there in the repository or NPRC "



### Attacks on Disney

Don O. Semora sure does have OPINIONS



### Listen Closely to the Attacks on the Disabled





Document title: You Have Been Semorad
Capture URL: https://donosemora.com/you-have-been-semorad
Capture timestamp (UTC): Thu, 15 Jun 2023 22:03:23 GMT



AVOID REPLICA FORGE Owned By Don O. Semora



Document title: You Have Been Semorad
Capture URL: https://donosemora.com/you-have-been-semorad
Capture timestamp (UTC): Thu, 15 Jun 2023 22:03:23 GMT

Quick search





**vaderperp**
Member

RPF PREMIUM
MEMBER

Mar 24, 2022

**Scammer alert!**

Been a RPF member for a while but slowly making my way back into the hobby again. Think I may have been scammed by Don Semora of Replica Forge as well. Yeah I know I'm part of the blame for being so gullible but when you have two parents you're looking after due to illness time flies. Ordered a Bandai Falcon to be pro built last July. Going to see what my credit card company can do about my $700. Below are my messages from Don as well. He also sent progress pics but I'm beginning to think those were stock photos of past projects. I'm posting them in case anyone else has received the exact same pics me.

Attachments







# Grifting at its finest

> GO TO ALERT CLICK HERE

# Subscribe

Have you been Scammed, Doxed, or have been Falsely accused by Don Semora

| Email Address | | SIGN UP |

**DISCLAIMER OF LIABILITY AND ENDORSEMENT**

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONOSEMORA - ALL RIGHTS RESERVED

POWERED BY GODADDY

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Documents Official |
| Capture URL: | https://donosemora.com/documents-official |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:03:49 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:04:28 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 8 |
| Capture ID: | miRuqn78EHbe3NDSy1Vtdq |
| User: | dwt-jimbudig |

PDF REFERENCE #:    5TVDW1e9DGm9udzBuKky5r

DON O. SEMORA

DON O. SEMORA     YOU HAVE BEEN SEMORAD     – DOCUMENTS OFFICIAL     MORE ∨



## DOWNLOADS 2 MOON PRESS COURT DOCS

2-Moon-Press-First-Amended-Complaint-2-1-1 (pdf)

DOWNLOAD

Deposition of Donald O. Semora (pdf)

DOWNLOAD

Plaintiff_s Brief in Support of MSD Pursuant t redacted (pdf)

DOWNLOAD

Don Court Ordered to make payments to authors (jpg)

DOWNLOAD

2010 Transactions (pdf)

DOWNLOAD

2011 Transactions (pdf)

DOWNLOAD

2012 Transactions (pdf)

DOWNLOAD

Independent Bank (pdf)

DOWNLOAD

Jackson County Office of the Sheriff Detail (pdf)

DOWNLOAD

## DOWNLOADS DON O. SEMORA PAST CRIMINAL HISTORY

court 2016 (jpg)

DOWNLOAD

Don in Barry Court (pdf)

DOWNLOAD

Don speeding ticket (pdf)

DOWNLOAD

## DOWNLOADS DON O. SEMORA

bankruptcy notice (png)                                    ⬇ Download

C Semora Bankrupt 2010 (pdf)                               ⬇ Download

20220928 - Semora CHAT criminal history (pdf)             ⬇ Download

Document title: Documents Official
Capture URL: https://donosemora.com/documents-official
Capture timestamp (UTC): Thu, 15 Jun 2023 22:04:28 GMT



C Semora Bankrupt 2015 (pdf)

20220928 - Semora CHAT criminal history (pdf)    ⬇ Download

## DOWNLOADS WOTC VS TSR SEMORA'S FABRICATED LEAKS

ECF 31-1 - Order on Wizards Preliminary Injunction (pdf)
DOWNLOAD

ECF 31 - Wizards Motion for Preliminary Injunction (pdf)
DOWNLOAD

ECF 37 - Response to Motion for Prelim Inj 31p (pdf)
DOWNLOAD

ECF 38 - DJC Decl iso Response to Motion for Prelim Inj.s 118p (pdf)
DOWNLOAD

ECF 39 - LaNasa Decl iso Response to Motion for Prelim Inj 572p (pdf)
DOWNLOAD

ECF 40 - Johnson Decl iso Response to Motion for Prelim Inj 4p (pdf)
DOWNLOAD

ECF 51 - 20221214 Order on Injunction Motion (pdf)
DOWNLOAD

## ATTACKS ON TSR AND ANYONE CONNECTED



Star Frontiers New Genesis discussion group (unofficial)

Most Relevant ▾

**Don Semora**
· 40m · ⊙

If anyone is interested in a nice cup, we make these, they are 15 ounce cups, so not the small ones.. I also can make them with any logo on them, or even an image you want on them. Dishwasher safe....

$16.00 shipped to the CONUS

3 or more mix and match 13.00 each

6 or more mix and match 10 bucks each!





## DON SEMORA RECENT KICKSTARTER SCAM

92 Backers scammed out of their money



Excuse Semora gives all his victims

1 Waiting on material chipboard
2 Material/Chipboard is held in customs
3 I am in the hospital /My daughter is in the hospital and in critical condition etc.
4 My store was broken into here are the pictures (Fake no police reports we checked)

### Comments

Only backers can post comments. Log in

 **Dan Harlan**
29 days ago

Crazy how cardstock would be of any interest to Customs. Appreciate the update and your work at looking at alternatives. Not sure though if shipped games from China would get through Customs any faster than cardstock though :)

 **Wizard Tower Games** `Creator`
29 days ago

I do not think it was my stock that was of interest. I was told that the container was "problematic" so I imagine it was something else within it that held up everyone else. This delay is why we went through the added cost and ordered also games direct.

 **Stephen** `Superbacker`
29 days ago

Thanks for the update

The people you see collaborating with Don Semora are just as bad as he is. These folks are cut from the same cloth liars and thieves.

UPDATE #23

## 5-15-23 UPDATE

 **Wizard Tower Games** `Creator`
May 15, 2023

Hello everyone! Sorry for not updating in a few weeks we have been busy here getting the web part of this project edited and made better. We know this project is late, we thought it would be a great idea to make it a "Made In House" project.

We as everyone knows have had delays over some customs issues with some of our materials. We were notified about a week or so ago our materials were being released, so that is great news. However as of a few moments ago the materials are not tracking to us yet. So we tomorrow will be going to customs and seeing if we cannot get with our import representative and see what is happening.



We as everyone knows have had delays over some customs issues with some of our materials. We were notified about a week or so ago our materials were being released, so that is great news. However as of a few moments ago the materials are not tracking to us yet. So we tomorrow will be going to customs and seeing if we cannot get with our import representative and see what is happening.

We do have the ability to have a manufacturer in China make these games, and as a safeguard on Friday I went ahead and ordered enough games from them to cover the Kickstarter and them some. We would prefer to make them ourselves but at this point we want out supporters to get their games. We hope we still can make them, but at the end of the day games in YOUR hands is more important. This is a very complicated and unique project and one that we know you will love once you get it.

The idea of having QR codes in games is one we plan to run with in other projects, this is our ice breaker project and one with Tim's voice will be something very special. We apologize for the lateness in this, we just wanted to do something special, and thanks to Customs it kind of backfired on us.

## Jan 11, 2023 UPDATE

Hello everyone!

We have been busy as three goblins in a burlap bag here. We wanted to give an update as to the project. We are on track for this Friday to get the remaining paperstocks and cardstock for the game from U.S. Customs.



Hello everyone!

We have been busy as three goblins in a burlap bag here. We wanted to give an update as to the project. We are on track for this Friday to get the remaining paperstocks and cardstock for the game from U.S. Customs.

Yesterday we made all the final recordings with Tim Kask (See pics) and that went perfect. We could not have asked for it to go better. We are on track currently to make our January shipping of games, and plan to be posting production imagery in an update next week.

We appreciate everyone's support on this, and for those of you who have supported is with a dollar, and want to upgrade to a full game, we are in process of setting that on on the D20 Delving Website, and that should be up this weekend. We will link in an update once that happens.

#4 My shop was broken into. Here are the pictures

+ Show More

Document title: Documents Official
Capture URL: https://donosemora.com/documents-official
Capture timestamp (UTC): Thu, 15 Jun 2023 22:04:28 GMT



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Evidence from Victims |
| Capture URL: | https://donosemora.com/evidence-from-victims |
| Page loaded at (UTC): | Thu, 15 Jun 2023 22:04:31 GMT |
| Capture timestamp (UTC): | Thu, 15 Jun 2023 22:05:08 GMT |
| Capture tool: | 10.22.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 1fgawhF42sss9eDuRzCvJY |
| User: | dwt-jimbudig |

PDF REFERENCE #:    dE9B2nyPw2VYFAXfrdD3Do

DON O. SEMORA        DON O. SEMORA     YOU HAVE BEEN SEMORAD     DOCUMENTS OFFICIAL     · MORE ·

## DON O. SEMORA EVADES THE TRUTH BY REDIRECTING





### Don O. Semora

If your orders were postponed for unforeseen circumstances, or he was sick, his daughter was deathly ill, or his business was broken into, you have been "SEMORAD."

### Don O. Semora

We feel for all the victims of Don O. Semora's deceptions.

## IMAGES OF DON O. SEMORA'S DEVASATION



PROP PAGE OR ON FORUM AND FACEBOOK GROUPS.



## DOWNLOADS

| | |
|---|---|
| Donald-Semora-MI (pdf) | ⬇ Download |
| DT (jpg) | ⬇ Download |
| e_11 (jpg) | ⬇ Download |
| JAIL (pdf) | ⬇ Download |
| ncrsquery (pdf) | ⬇ Download |
| PayPal (jpg) | ⬇ Download |
| Plaintiffs-MSD-Pursuant-to-MCR-2.116 (pdf) | ⬇ Download |

## DOWNLOADS

| 2-Moon-Press-Semora-Attorney (pdf) | Don's Story (pdf) | April_9_advance (jpg) |
|---|---|---|
| DOWNLOAD | DOWNLOAD | DOWNLOAD |
| Bank_01 redact (jpg) | Bank_02 (jpg) | Bank_02 (png) |
| DOWNLOAD | DOWNLOAD | DOWNLOAD |
| Bank_03 (png) | Bank_04 (png) | Bank_05 (png) |
| DOWNLOAD | DOWNLOAD | DOWNLOAD |



# DOWNLOADS

| | | |
|---|---|---|
| 2-Moon-Press-Semora-Attorney (pdf) **DOWNLOAD** | Don's Story (pdf) **DOWNLOAD** | April_9_advance (jpg) **DOWNLOAD** |
| Bank_01 redact (jpg) **DOWNLOAD** | Bank_02 (jpg) **DOWNLOAD** | Bank_02 (png) **DOWNLOAD** |
| Bank_03 (png) **DOWNLOAD** | Bank_04 (png) **DOWNLOAD** | Bank_05 (png) **DOWNLOAD** |
| Semora_Court (docx) **DOWNLOAD** | Space_2 (jpg) **DOWNLOAD** | Termal_Detonator (jpg) **DOWNLOAD** |
| X-Wing_April_6 (jpg) **DOWNLOAD** | Don_Judgment (jpg) **DOWNLOAD** | 72712933 redacted (jpg) **DOWNLOAD** |

## DISCLAIMER OF LIABILITY AND ENDORSEMENT

The information appearing on this website is for general informational purposes only and is not intended to provide legal advice to any individual or entity. We urge you to consult with your own legal advisor before taking any action based on information appearing on this site or any site to which it may be linked.

COPYRIGHT © 2023 DONDSEMORA - ALL RIGHTS RESERVED
POWERED BY GOD.

Exhibit C

< ☰ 🔲 1st Edition AD&D (The O...   Q

Write a comment...   ◯ ☺

---

**Anonymous member**   •••
2 hr · 🌐

BEWARE, STAY FAR AWAY FROM THIS PERSON/SHELL COMPAINES AND ALL THAT MINGLE WITH THIS GRIFTER. HE GOT ME FOR A FEW DOLLARS. I SEE OTHERS WERE SCAMMED FOR MUCH MORE!

[https://donosemora-com/don-o-semora](https:/
donosemora.com/don-o-semora?fbclid=IwAR2... See more



**Wizard Tower Games**



donosemora.com
**Don O. Semora**

👍 1   1 comment

👍 Like   💬 Comment   ➢ Send

Write a comment...   ◯ ☺

8:52



**1st Edition AD&D (The One Game to Rule Them All)**

Anonymous member · 21h · 🔒

···

nciou=nvnncru34uxcuivccqsurmpsnvcos are quoon on
mt=E90yKvDSwwp=cvOVznEe)



Wizard Tower Games

donesamora.com
**Don O. Semora**

 Like       Comment       Send

😢 1

Top comments ˅

**Justin LaNasa**
Donald got me for 23k plus damages. He has
caused a lot of others in the publishing/game
industry a lot of strife, confusion, and injury.
Don't worry; my case on Semora is still pending,
and he will see the scales of justice very soon.

21h  Like  Reply

 Write a comment...

            

# Exhibit D



Davis Wright
Tremaine LLP

Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610

**Lauren Rainwater**
206-757-8119 tel
206-757-7358 fax

laurenrainwater@dwt.com

June 20, 2023

**Via Email**

Algernon L. Butler III
Butler & Butler, L.L.P
P.O. Box 38
Wilmington, NC 28402
albutleriii@butlerbutler.com

Re:   *TSR LLC Violating Protective Order in TSR LLC v. Wizards of the Coast LLC*
      *Case No. 2:21-cv-01705-SKV (W.D. Wash.)*

Dear Mr. Butler:

I represent Wizards of the Coast LLC in litigation involving TSR LLC, Justin LaNasa, and the Dungeon Hobby Shop Museum, Case No. 2:21-cv-01705-SKV (W.D. Wash.). This litigation has been stayed due to TSR LLC's pending bankruptcy petition. *See* 2:21-cv-01705, Dkt. 57. I write to inform you of violations of a protective order entered in that litigation and Wizards' intent to enforce that order. I have copied on this communication Dayna Christian, Nicole McMillan, and Russell Nugent, counsel for TSR LLC and the affiliated parties (the "LaNasa Parties") in the Western District of Washington case.

In November 2022, well before TSR LLC filed its bankruptcy petition, the Western District of Washington court entered the parties' Stipulated Protective Order Governing Conduct. *See* 2:21-cv-01705, Dkt. 47. I have attached that Order as Exhibit A to this letter for your ease of reference. Under that Order, parties are barred from "any direct or indirect conduct to improperly influence testimony or participation in this lawsuit," including

- any public, limited audience, or private statements intended to or likely to have the effect of harassing, intimidating, threatening, or otherwise improperly influencing Witnesses or a Party in this litigation;
- the actual or threatened dissemination of any personal information about Witnesses or a Party, including information of a personal nature regardless of whether it may be available in the public domain;
- use of a Witness's or a Party's name or likeness in a derogatory or harassing manner;
- false and intentionally harassing reports to law enforcement about a Witness or a Party;

June 20, 2023
Page 2

- solicitation, encouragement, or suggestion for others to perform any conduct barred by this Protective Order; and
- any other behavior intended to or likely to have the effect of improperly influencing a Witness or a Party.

Wizards sought and the parties ultimately stipulated to this Order after third-party witnesses and subpoena recipients Don Semora and Michael Hovermale were subjected to harassing and threatening posts online and in direct communications. Among other things, Mr. Semora was the subject of a highly harassing website, donosemora.com. This website publicized personal information about Mr. Semora and disparaged him and his businesses. As counsel for Wizards, I contacted the LaNasa Parties' counsel regarding this website and other harassment occurring in September and October 2022. Although Ms. Christian would not state directly whether the LaNasa Parties were behind the donosemora.com website and the full range of harassing behavior targeting Mr. Semora and Mr. Hovermale, the website and offending posts were taken down by or at the direction of the LaNasa Parties following communication with counsel. I have attached as Exhibit B to this letter selected correspondence between counsel demonstrating this history.

To Wizards' knowledge, these harassing activities ceased for some time in compliance with the Order. However, since TSR LLC filed for bankruptcy on June 8, it appears that the perpetrators of the witness intimidation and harassment have resumed their behavior. The donosemora.com website is back up as of June 14 or earlier. Anonymous posts on Facebook have directed users to that site, referring to Mr. Semora as a "grifter." And Mr. LaNasa, posting on his own account, wrote that Mr. Semora "has caused a lot of others in the publishing/game industry a lot of strife, confusion, and injury," threatening that "he will see the scales of justice very soon." I have attached as Exhibit C to this letter examples of this behavior, captured by my law firm or sent to us by Mr. Semora.

Wizards takes extremely seriously these efforts to harass and intimidate witnesses in the Western District of Washington case, which directly violate the court's Order and offend the judicial process. As I'm sure you are aware, all laws remain effective in bankruptcy as they do at any other time. 28 U.S.C. § 959(b). We therefore intend to seek to enforce this Order.

We request that you (1) inform your client TSR LLC, and Mr. LaNasa as its principal, that the Protective Order in the Western District of Washington remains effective and bars activities intended to or likely to have the effect of harassing, intimidating, threatening, or otherwise improperly influencing witnesses in that case. Please also (2) direct Mr. LaNasa to remove the offending materials and cease any further activities of this nature, or, if appropriate, to direct his associates to do the same. Finally, we request (3) that you let us know your position regarding whether the bankruptcy stay precludes a motion to enforce the Order in the Western District of Washington. While we intend to seek the Bankruptcy Court's confirmation of our procedural rights, we would appreciate knowing whether you would oppose on the basis of the stay such a filing in the Western District of Washington case.

June 20, 2023
Page 3


     We request your response on the first two items in the paragraph above by June 22, and your answer regarding the stay by June 28.


Sincerely,

Davis Wright Tremaine LLP

Lauren Rainwater


Encl.


Cc:    Dayna Christian
        Nicole McMillan
        Russell Nugent

# Exhibit B

**Almeida, MaryAnn**

| | |
|---|---|
| **From:** | Dayna Christian <Dayna.Christian@immixlaw.com> |
| **Sent:** | Thursday, October 20, 2022 12:17 PM |
| **To:** | Rainwater, Lauren; Almeida, MaryAnn |
| **Cc:** | Nicole McMillan; Russell Nugent; Dunwoody, Stuart; McCarty, Rose |
| **Subject:** | RE: Today's hearing |

[EXTERNAL]

Lauren,

You are not entitled to convert our email communications into any kind of admission. If you have some legal basis to support your position, please share it.

**From:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Sent:** Thursday, October 20, 2022 11:10 AM
**To:** Dayna Christian <Dayna.Christian@immixlaw.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

[This message is from an external sender]

Dayna,

Your refusal to answer the question of whether your client is behind the Donosemora.com website is a tacit admission that your client created the website. If your client did not create the website, please simply state that. If you continue to refuse to answer this question, we will take that as an admission that your client created the website. This will come up in depositions either way, so I don't understand your refusal to answer the question.

Neither MaryAnn nor I identified Mr. Semora and Mr. Hovermale as "WOTC representatives" during the hearing. The courtroom deputy made that statement, and I do not know why she made that statement. We had no knowledge that they would be attending the hearing, and we never would have characterized them as representatives of Wizards of the Coast. I reiterate again, Mr. Semora and Mr. Hovermale are not representatives or affiliates of Wizards of the Coast, and we do not represent them. The Court expressly acknowledged these facts during the hearing. While she cautioned them to not engage in the behavior that was the subject of the hearing, she acknowledged that they would not be bound by the protective order.

If you somehow believe that DWT or Wizards of the Coast is responsible for the conduct of Mr. Semora or Mr. Hovermale, please explain the basis for your position so that we may address it with the Court, if needed.

**Lauren Rainwater | Davis Wright Tremaine LLP**
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8119 | Fax: (206) 757-7119
Email: laurenrainwater@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Dayna Christian <Dayna.Christian@immixlaw.com>
**Sent:** Thursday, October 20, 2022 10:53 AM
**To:** Rainwater, Lauren <LaurenRainwater@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>

Cc: Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

**[EXTERNAL]**

Lauren,

Please do not make any assumptions about my prior email – I was very clear and made no such acknowledgement.

At the beginning of the hearing, the unidentified callers were reported to the Court to be "WOTC representatives" by either you or MaryAnn (I can't recall which of you made that representation to the Court). Later in the hearing, when the callers were required to identify themselves, Mr. Hovermale reported that he was attending "on behalf of WOTC" or something to that extent. I believe Mr. Semora made the same representation.

The Court was careful to not only address Mr. Hovermale and Mr. Semora directly, but also to ensure that the draft PO included all direct and indirect actions by any party and to include all affiliates of any party. Based on the introduction of the callers and their own introductions to the Court, it was made clear that both men are affiliates of WOTC.

Please let me know if you disagree. Maybe it won't matter at all if no one violates the Court's instructions.

Thanks.

**From:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Sent:** Wednesday, October 19, 2022 4:54 PM
**To:** Dayna Christian <Dayna.Christian@immixlaw.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

**[This message is from an external sender]**

Hi Dayna,

I will take your answer below as an acknowledgement that your client created the Donosemora.com website. Please correct me if that is inaccurate.

We appreciate that you have instructed your client to immediately comply with the Court's instructions today. Wizards of the Coast has never engaged in the conduct discussed today, and it will continue refraining from such conduct in accordance with the Court's instructions.

With respect to conduct by Mr. Semora and Mr. Hovermale, as you know, I do not represent them and they are not parties to this lawsuit. As such, they are not bound by the forthcoming protective order, and I have no ability to control their actions. However, both were present during the hearing, and I anticipate they will act in accordance with the Court's instructions.

**Lauren Rainwater** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8119 | Fax: (206) 757-7119
Email: laurenrainwater@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Dayna Christian <Dayna.Christian@immixlaw.com>
**Sent:** Wednesday, October 19, 2022 4:28 PM
**To:** Rainwater, Lauren <LaurenRainwater@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

[EXTERNAL]

Lauren,

I'm told that the video is now down.

I not aware of any intention for the Don Semora website to be live while this case is pending.

I have no idea who may have sent the Anonymousemails to Don Semora and/or Michael Hovermale but I believe that my client is being truthful when he says that it was not him.

Mr. Griffin is a known affiliate of Don Semora and Michael Hovermale.  My client and I were not aware of the claim that "Liam Bombardo" is actually Mr. Griffin and question whether that's an accurate claim.  Regardless, I trust that the Court's admonition to all parties and witnesses will extend to "indirect" activities such as those of Mr. Griffin.

I've instructed my client to consider the Court's instructions for our pending Protective Order as a directive for immediate compliance.  That would include the subjects raised in your email below.  I trust you've done the same on your end.

Thank you.

**From:** Rainwater, Lauren <LaurenRainwater@dwt.com>
**Sent:** Wednesday, October 19, 2022 1:15 PM
**To:** Dayna Christian <Dayna.Christian@immixlaw.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>; Dunwoody, Stuart <stuartdunwoody@dwt.com>; McCarty, Rose <RoseMcCarty@dwt.com>
**Subject:** RE: Today's hearing

[This message is from an external sender]

Dayna,

I mentioned the below video, which is still available on YouTube: https://www.youtube.com/watch?v=p7GuDLkdCVg&t=1s

Thank you for your attention in having that removed.

Could you please confirm whether your clients or any of their family members or associates are behind the Donosemora.com website?  If so, please confirm that the website will be permanently taken down.

Could you also please confirm whether your clients or any of their family members or associates sending anonymous emails to Mr. Semora or Mr. Hovermale or anonymously sending mass emails regarding those individuals?  If so, please confirm this behavior will stop.

3

With respect to the Liam Barbardo account name, I have been contacted by a gentleman named Scott Griffin who confirmed that is his account. I also understand that Mr. Lanasa was aware Mr. Griffin was behind that account and that all of the messages between them were private—not publicly posted.

**Lauren Rainwater** | Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8119 | Fax: (206) 757-7119
Email: laurenrainwater@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Dayna Christian <Dayna.Christian@immixlaw.com>
**Sent:** Wednesday, October 19, 2022 12:30 PM
**To:** Rainwater, Lauren <LaurenRainwater@dwt.com>; Almeida, MaryAnn <MaryAnnAlmeida@dwt.com>
**Cc:** Nicole McMillan <Nicole.McMillan@immixlaw.com>; Russell Nugent <russell@kinglawonline.com>
**Subject:** Today's hearing

[EXTERNAL]

Lauren –

During the hearing today you mentioned that there were things that you found online that were still live as of this morning that you expected to have been taken down. I didn't write fast enough to note what those were. Can you please remind me and I'll get those addressed?

Thank you,

**Dayna J. Christian** | Attorney
Immix Law Group PC
**600 NW Naito Parkway | Suite G | Portland OR | 97209**
Portland (503) 802.5533 | F (503) 802.5351 | D (503) 802.5537
dayna.christian@immixlaw.com
Immix Law Group is proud to be a Certified B Corporation.
---------------------------------------------