UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                                          CASE NO: 23-01577-5-DMW

           DEBTOR                                        CHAPTER 7

## APPLICATION TO EMPLOY ACCOUNTANT

NOW COMES John C. Bircher III, Trustee in the above referenced case and respectfully represents unto the Court:

1. That on or about June 8, 2023, the above captioned Debtor, filed a Petition under Chapter 7 and John C. Bircher III was appointed as Trustee.

2. The Trustee wishes to employ Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP as accountant in this Chapter 7 proceeding.

3. The Trustee has selected Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP for the reason that they have considerable experience in matter of this character, and believes that they are well qualified to handle accounting matters for the Trustee in this Chapter 7 proceeding.

4. The professional services to be rendered by Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP include:

   a. To give accounting and tax advice to the Trustee.
   b. To prepare any and all quarterly and annual State and Federal Tax Returns.
   c. To perform any other accounting services for the Trustee as may be necessary in this Chapter 7 proceeding.

5. To the best of the Trustee's knowledge, Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP is a disinterested party, and has no connection with the creditors or any other party in interest, or their respective Attorneys or accountants.

6. Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP has agreed to accept employment on behalf of the Trustee, subject to the approval of the Court, at the normal hourly rate.

WHEREFORE, Trustee requests that his employment of Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP as accountant in this Chapter 7 proceeding be approved.

Dated: August 1, 2023

s/John C. Bircher III
John C. Bircher III
N.C. State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Telephone: (252) 262-7055
Facsimile: (252) 262-7055
Email: jcb@dhwlegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                          CASE NO: 23-01577-5-DMW

           DEBTOR                                 CHAPTER 7

### AFFIDAVIT OF PROPOSED ACCOUNTANT

I, Edward A. Golden, CPA, with the firm of Williams Overman Pierce, LLP hereby make solemn oath:

1. I am a Certified Public Accountant duly licensed in the State of North Carolina, and have special skills and ability to assist Trustees in Bankruptcy Estates.

2. Neither I, nor my firm, have any connection with the above-named Debtor(s), his, her or their creditors, or any other party in interest, or his, her or their respective attorneys or accountants.

3. Neither I, nor my firm, represent any interest adverse to the above captioned Debtor(s) or his, her or their estate in the matters in which we are to be engaged.

4. I am experienced in the matters upon which I am to be employed.

Dated: 7/27/2023

_____
Edward A. Golden, CPA

Edward A. Golden, CPA, being first duly sworn, deposes and says that he is the above named affiant; that he has read the foregoing Affidavit and knows the contents thereof; that the same is true of his own knowledge except as to those matters stated on information and belief and as to the matters he believes it to be true.

Sworn to and subscribed this
The 27th day of July, 2023.

_____
Notary Public
My Commission expires:

(Notary Seal: Jennifer C. Ellis, Notary Public, Johnston County, N.C., My Comm. Exp. 06-22-2025)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the APPLICATION TO EMPLOY ACCOUNTANT and AFFIDAVIT OF PROPOSED ACCOUNTANT was this day served upon the below named persons by postage prepaid, first class mail or electronically as indicated:

Brian C. Behr
Bankruptcy Administrator
(via CM/ECF)

Edward A. Golden
Williams Overman Pierce, LLP
Certified Public Accountants and Consultants
2501 Atrium Dr., #500
Raleigh, NC 27607

Dated: August 1, 2023

s/John C. Bircher III
John C. Bircher III
N.C. State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Telephone: (252) 262-7055
Facsimile: (252) 262-7055
Email: jcb@dhwlegal.com