**SO ORDERED.**

**SIGNED this 3 day of August, 2023.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                                          CASE NO: 23-01577-5-DMW

    DEBTOR                                                  CHAPTER 7

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon Motion of the Trustee praying for approval of Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP and upon the Affidavit of said Accountant, and it appearing that Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP employs duly licensed Accountants in the State of North Carolina and represents no interest adverse to the above-referenced Debtor or to its estate, and the matters upon which they are to be engaged, and that their employment is necessary and would be in the best interest of the estate, wherefore

IT IS ORDERED that the employment of Edward A. Golden, CPA and the firm of Williams Overman Pierce, LLP is hereby approved with fees subject to the approval of the Bankruptcy Court.

END OF DOCUMENT