**FILED**

AUG 0 3 2023

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

| | |
|---|---|
| IN RE:<br>TSR, LLC<br>208 South Front Street, Unit 3<br>Wilmington, NC 28401<br><br>TAX ID: 85-3179777 | CASE NO. 23-01577-5-DMW<br><br>MOTION TO REDACT SUBMITTED DOCUMENTS |

TO THE CLERK OF THE COURT: The undersigned is requesting the redaction of any and all personal information inadvertently submitted to the Court by the undersigned as described below:

1. Legal names
2. Telephone numbers
3. Physical Addresses

This motion is made to protect the personal information of third parties memorialized in documents, texts, and emails submitted to support the undersigned's claim in this case. Attachment 1 needs the first page removed, leaving 8 pages. Attachment 2 removed entirely. Attachment 3 removed entirely.

DATED: July 28, 2023

*[signature]*
Michael K. Hovermale

- 1 - MOTION TO REDACT SUBMITTED DOCUMENTS

**MICHAEL K. HOVERMALE**
657 Keene Dr
Medford, OR 97504
Phone: 541-930-7493
Email: Prime-G1@charter.net