VAN–140 Order Restricting Public Access (Hearing) – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
TSR, LLC
 ( *known aliases*: TSR Hobbies )
208 South Front Street, Unit 3
Wilmington, NC 28401

TaxID: 85–3179777

CASE NO.: 23–01577–5–DMW

DATE FILED: June 8, 2023

CHAPTER: 7

ORDER RESTRICTING PUBLIC ACCESS TO PROOF OF CLAIM

An Ex Parte Motion for an Order to restrict public access to the proof of claim and/or exhibits was filed by creditor Michael K. Hovermale in the above-named case. The Court has considered the motion and finds that no further notice need be provided to grant the relief requested, and based on the motion, the pleadings in the case, and the applicable law, cause exists for granting the relief requested. Wherefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Clerk of this Court is hereby directed to restrict public access on the Court's electronic filing system to the proof of claim and/or exhibits to the claim(s) identified in the Motion. Access to the filed proof of claim and/or exhibits to which public access is restricted may be provided to the Debtor(s), Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon motion; and it is further

ORDERED that Michael K. Hovermale is directed to file a redacted proof of claim and/or exhibits within 30 days of the date of this order. The redacted proof of claim and/or exhibits shall have full public access; and it is further

ORDERED that in the event a redacted proof of claim is not filed within 30 days, a show cause hearing will be held to determine whether the claim shall be denied as follows:

DATE:    Thursday, September 28, 2023
TIME:    10:00 AM
PLACE:   1003 S. 17th Street, Room 118, Wilmington, NC 28401

ORDERED that in the event the above-named case is closed, it will not be necessary for the case to be reopened; and it is further

ORDERED that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

DATED: August 4, 2023

David M. Warren
United States Bankruptcy Judge