UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                                                 CASE NO:  23-01577-5-DMW

            DEBTOR                                                 CHAPTER 7

CERTIFICATE OF SERVICE OF ORDER

        The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the Order Authorizing Employment of Accountant (DOCKET ENTRY #24) was served upon various parties electronically through CM/ECF on the date of entry. The Order was emailed to the indicated party below on this date. The Order was also mailed to the party listed below by first class mail bearing sufficient postage on this date.

Dated: 08/08/2023

                                                           s/John C. Bircher III
                                                           John C. Bircher III
                                                           N.C. State Bar No. 24119
                                                           DAVIS HARTMAN WRIGHT LLP
                                                           209 Pollock Street
                                                           New Bern, NC 28560
                                                           Telephone/Facsimile 252-262-7055
                                                           Email: jcb@dhwlegal.com

cc:
TSR, LLC
Attn: Justin W. LaNasa, Manager
208 South Front Street, Unit 3
Wilmington, NC 28401

Edward A. Golden, CPA
(via email transmission)