**SO ORDERED.**

**SIGNED this 24 day of August, 2023.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                                          CASE NO:  23-01577-5-DMW

    DEBTOR                                                   CHAPTER 7

ORDER GRANTING MOTION FOR EXAMINATION PURSUANT TO
BANKRUPTCY RULE 2004

THIS MATTER is before the Court on the Motion of John C. Bircher III, Chapter 7 Trustee ("Trustee"), directing Justin William LaNasa ("LaNasa") to appear for an examination under oath, as set forth below:

1. The above-captioned bankruptcy case is pending in the Eastern District of North Carolina.

2. Trustee seeks to examine LaNasa regarding a broad range of financial issues related to the Debtor.

3. Federal Rule of Bankruptcy Procedure 2004 provides that the Court may order the examination of any entity on motion of any party-in-interest. Fed. R. Bankr. P. 2004(a). The examination may relate to acts, conduct, or property or to the liabilities and financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate. The examination may also relate to the operation of any business and the desirability of its continuance, the source of any

money or property acquired or to be acquired by the Debtor for purposes of ultimate distribution to creditors and the consideration given or offered therefore, and any other matter relevant to the case. Fed. R. Bankr. P. 2004(b).

4. Federal Rule of Bankruptcy Procedure 9016 makes Rule 45 of the Federal Rules of Civil Procedure applicable to this bankruptcy case such that a Subpoena may be issued by the Court to require production of documents and to compel the attendance of witnesses to give testimony. Fed. R. Bankr. P. 9016.

5. The Trustee seeks information concerning (i) the acts, conduct, property, liabilities and financial condition of the Debtor; (ii) any matter which may affect the administration of the Debtor's estate; (iii) any other matter relevant to the case.

6. Trustee further requests that LaNasa be ordered to appear for examination under oath September 26, 2023, beginning at 10:00 a.m., at the law offices of Hendren Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina, 27612 or at such other date, time and place as the parties mutually may agree.

THEREFORE, LaNasa is ordered to appear and submit to examination under oath September 26, 2023, beginning at 10:00 a.m., at the law offices of Hendren Redwine & Malone, PLLC, 4600 Marriott Drive, Suite 150, Raleigh, North Carolina, 27612 or at such other date, time and place as the parties mutually may agree.

END OF DOCUMENT