**VAN–064** Order to Show Cause – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
TSR, LLC
 ( *known aliases*: TSR Hobbies )
208 South Front Street, Unit 3
Wilmington, NC 28401

TaxID: 85–3179777

CASE NO.: 23–01577–5–DMW

DATE FILED: June 8, 2023

CHAPTER: 7

ORDER TO SHOW CAUSE

IT IS ORDERED that Michael Hovermale appear at the time and place indicated below to show cause, if any there be, as to why this claim should not be disallowed or other sanctions imposed for failure to:

File Redacted Proof of Claim

DATE:     Thursday, September 28, 2023
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601

DATED: September 6, 2023

David M. Warren
United States Bankruptcy Judge