United States Bankruptcy Court
Eastern District of North Carolina

| | |
|---|---|
| In re: | Case No. 23-01577-DMW |
| TSR, LLC | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: van064 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Michael K. Hovermale, 657 Keene Dr., Medford, OR 97504-8028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: tsrlakegeneva@gmail.com | Sep 07 2023 00:19:00 | TSR, LLC, 208 South Front Street, Unit 3, Wilmington, NC 28401-4960 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 08, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Algernon L. Butler, III | on behalf of Debtor TSR  LLC albutleriii@butlerbutler.com, abutlerda@ecf.axosfs.com;al3bestcase@gmail.com;acct@butlerbutler.com;loriharvey@butlerbutler.com;ButlerAR74967@notify.bestcase.com |
| Benjamin E.F.B. Waller | on behalf of Officer Justin William LaNasa bwaller@hendrenmalone.com jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com |
| Brian Behr | |

| | | |
|---|---|---|
| District/off: 0417-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: van064 | Total Noticed: 2 |

on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov

Brian D. Darer

on behalf of Creditor Wizards of the Coast LLC briandarer@parkerpoe.com tracymiller@parkerpoe.com;janatasims@parkerpoe.com;domincacobb@parkerpoe.com

Jason L. Hendren

on behalf of Officer Justin William LaNasa jhendren@hendrenmalone.com jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

John C Bircher, III

jcb@dhwlegal.com cweiss@dhwlegal.com;jbircher@ecf.inforuptcy.com;jcb@trustesolutions.net

John C Bircher, III

on behalf of Trustee John C Bircher III jcb@dhwlegal.com, cweiss@dhwlegal.com;jbircher@ecf.inforuptcy.com;jcb@trustesolutions.net

John C. Bircher, III

on behalf of Trustee John C Bircher III jcb@dhwlegal.com, jbircher@ecf.inforuptcy.com;cweiss@dhwlegal.com

Marjorie K. Lynch

on behalf of Bankruptcy Administrator Bankruptcy Administrator mklynchjd@gmail.com lynn_tingen@nceba.uscourts.gov;karen_hayes@nceba.uscourts.gov;lesley_cavenaugh@nceba.uscourts.gov;Tanya_aycock@nceba.uscourts.gov

Patricia M Adcroft

on behalf of Creditor Wizards of the Coast LLC pattyadcroft@parkerpoe.com janicephillips@parkerpoe.com

Rebecca F. Redwine

on behalf of Officer Justin William LaNasa rredwine@hendrenmalone.com jgorman@hendrenmalone.com;ygadalla@hendrenmalone.com

TOTAL: 11

**VAN–064** Order to Show Cause – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
TSR, LLC

( **known aliases**: TSR Hobbies )  
208 South Front Street, Unit 3  
Wilmington, NC 28401

TaxID: 85–3179777

CASE NO.: 23–01577–5–DMW

DATE FILED: June 8, 2023

CHAPTER: 7

AMENDED  
ORDER TO SHOW CAUSE

IT IS ORDERED that Michael Hovermale appear at the time and place indicated below to show cause, if any there be, as to why this claim should not be disallowed or other sanctions imposed for failure to:

File Redacted Proof of Claim

DATE:     Thursday, September 28, 2023  
TIME:     10:00 AM  
PLACE:    1003 S. 17th Street, Room 118, Wilmington, NC 28401

DATED: September 6, 2023

David M. Warren  
United States Bankruptcy Judge