**VAN–000** Order Dismissing Show Cause Order – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
TSR, LLC
208 South Front Street, Unit 3
Wilmington, NC 28401
TaxID: 85–3179777

CASE NO.: 23–01577–5–DMW

DATE FILED: June 8, 2023

CHAPTER: 7

TaxID: 85–3179777

ORDER DISMISSING SHOW CAUSE ORDER

IT IS ORDERED that the Show Cause Order entered by the court on September 6, 2023 for Failure to File Redacted Claim is DISMISSED.

DATED: September 19, 2023

                                                    David M. Warren
                                                  United States Bankruptcy Judge