UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                                       CASE NO: 23-01577-5-DMW

      DEBTOR                                                CHAPTER 7

## MOTION TO CONTINUE HEARING

     NOW COMES John C. Bircher III, Chapter 7 Trustee ("Trustee") in the above-referenced bankruptcy case, and respectfully requests a continuance of the following hearing:

    Date: Thursday, September 28, 2023

    Matter: Motion Confirming Stay is Not in Effect ("hearing")

    In support hereof, Trustee states as follows:

1. The Trustee has not previously requested a continuance and the hearing date has not previously been continued.

2. The parties are engaging in settlement negotiations and require additional time.

3. The Trustee requests the hearing be continued for at least thirty (30) days.

4. Jason L. Hendren, attorney for Justin LaNasa, has no objection to the proposed continuance. Brian D. Darer, attorney for Wizards of the Coast, LLC, is aware of the filing of this Motion.

5. No party will be prejudiced by the requested continuance.

WHEREFORE, John C. Bircher III, Chapter 7 Trustee respectfully moves the Court to continue the hearing to a date and time to be set by the Court at least thirty (30) days from September 28, 2023.

Dated: 06/26/2023
          s/John C. Bircher III
          John C. Bircher III
          N.C. State Bar No. 24119
          DAVIS HARTMAN WRIGHT PLLC
          209 Pollock Street
          New Bern, NC 28560
          Telephone/Facsimile 252-262-7055
          Email: jcb@dhwlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the **MOTION TO CONTINUE HEARING** was this day served upon the parties listed electronically as indicated:

TSR, LLC
Attn: Justin W. LaNasa, Manager
208 South Front Street, Unit 3
Wilmington, NC 28401

Algernon L. Butler III
Attorney for the Debtor
(via CM/ECF)

Jason L. Hendren
Attorney for Justin LaNasa
(via CM/ECF)

Brian C. Behr
Bankruptcy Administrator
(via CM/ECF)

Brian D. Darer
Attorney for Wizards of the Coast LLC
(via CM/ECF)

Dated: 09/26/2023         s/John C. Bircher III
                          John C. Bircher III
                          N.C. State Bar No. 24119
                          DAVIS HARTMAN WRIGHT PLLC
                          209 Pollock Street
                          New Bern, NC 28560
                          Telephone/Facsimile 252-262-7055
                          Email: jcb@dhwlegal.com