VAN–124 Order Continuing Hearing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
TSR, LLC
 ( *known aliases*: TSR Hobbies )
208 South Front Street, Unit 3
Wilmington, NC 28401

TaxID: 85–3179777

CASE NO.: 23–01577–5–DMW

DATE FILED: June 8, 2023

CHAPTER: 7

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Thursday, October 26, 2023
TIME:     10:00 AM
PLACE:    1003 S. 17th Street, Room 118, Wilmington, NC 28401

Motion Confirming Stay is Not in Effect filed by Brian D. Darer on behalf of Wizards of the Coast LLC

and to transact all other business as may properly come before the court.

DATED: September 27, 2023

David M. Warren
United States Bankruptcy Judge