FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 23-01577 | Trustee Name: | John C. Bircher III |
|---|---|---|---|
| Case Name: | TSR, LLC | Date Filed (f) or Converted (c): | 06/08/2023 (f) |
| For the Period Ending: | 12/31/2023 | §341(a) Meeting Date: | 07/24/2023 |
| | | Claims Bar Date: | 10/20/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | PNC Bank Petition date balance -$93.44. Checking 4467 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Patents, copyrights, trademarks, and trade secrets Trademark Mark: TSR The Game Wizards Type: Art Logo Registration Number: 6472675 Application registered, but cancellation proceeding pending. $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Trademark Mark: Star Frontiers Type: Word Mark - Role Playing Game Name Serial Number: 90276506 Application pending but pursuit suspended due to pending litigation. $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Trademark Mark: Tales and Tots Type: Role Playing Game Name Registration Number: 6649789 Registered: 02/22/2022 $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Trademark Mark:TSR Type: Role Playing Game and Accessories Name Serial Number: 90884176 Application filed, opposition pending. $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Trademark Mark: Star Frontiers Type: Card Game Name Registration Number: 7013761 Registered: 03/28/2023 $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | Copyright: TSR Hobbies Rating Meter Type: Method of rating games and books. Copyright Number: 10826451821 Registration Number: TXu 2-359-353 Registered: 03/01/2023 $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Copyright: TSR Lizard Type: Art Logo Copyright Number: 10824260008 Registration Number: VAu001456852 / 2021-09-08 Registered: 09/08/2021 $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Trademark Mark/Type: Lizard Logo Registration Number: 6457620 $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Internet domain names and websites www.TSR-Hobbies.com $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 23-01577 | Trustee Name: | John C. Bircher III |
|---|---|---|---|
| Case Name: | TSR, LLC | Date Filed (f) or Converted (c): | 06/08/2023 (f) |
| For the Period Ending: | 12/31/2023 | §341(a) Meeting Date: | 07/24/2023 |
| | | Claims Bar Date: | 10/20/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 11  Licenses, franchises, and royalties License from Larry Elmore to use board game art on a game called Dungeon Crawl. $0.00 | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 12  TSR, LLC v Wizards of the Coast, LLC Case Number: 21-CV-1705-SKV Civil - Declaratory Action | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 13  Justin LaNasa, TSR, LLC, and Dungeon Hobby Shop Museum, LLC v Erik Stiene, and Lois Stiene, aka Rachel Stiene Case Number: 22-CV-5686-KAM-VMS Civil - Defamation Action Amount requested $1,000,000.00 + | Unknown | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 14  PNC cc return of funds                                                          (u) | $0.00 | $239.69 | | $239.69 | $0.00 | $0.00 | $0.00 |
| **TOTALS (Excluding unknown value)** | **$0.00** | **$239.69** | | **$239.69** | **$0.00** | **$0.00** | **$0.00** |

**Major Activities affecting case closing:**

   01/25/2024     Claims review - Trustee researching other possible asset recovery for claims

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2024 | **Current Projected Date Of Final Report (TFR):** | /s/ JOHN C. BIRCHER III |
| | | | JOHN C. BIRCHER III |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 23-01577 | Trustee Name: | John C. Bircher III |
|---|---|---|---|
| Case Name: | TSR, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9777 | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: | | Account Title: | John C. Bircher III, Ch 7 Trustee for TS |
| For Period Beginning: | 06/08/2023 | Blanket bond (per case limit): | $458,600.00 |
| For Period Ending: | 12/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2023 | (14) | Debtor | PNC cc refund | 1290-000 | $239.69 | | $239.69 |
| 11/29/2023 | 5001 | International Sureties, LTD. | Pro-rata Bond Renewal | 2300-000 | | $0.24 | $239.45 |
| | | | TOTALS: | | $239.69 | $0.24 | $239.45 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $239.69 | $0.24 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $239.69 | $0.24 | |

| For the period of 06/08/2023 to 12/31/2023 | | For the entire history of the account between 10/18/2023 to 12/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $239.69 | Total Compensable Receipts: | $239.69 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $239.69 | Total Comp/Non Comp Receipts: | $239.69 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.24 | Total Compensable Disbursements: | $0.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.24 | Total Comp/Non Comp Disbursements: | $0.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |  | | |
|---|---|---|---|---|
| Case No. | 23-01577 | | Trustee Name: | John C. Bircher III |
| Case Name: | TSR, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***9777 | | Checking Acct #: | ******0027 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | John C. Bircher III, Ch 7 Trustee for TS |
| For Period Beginning: | 06/08/2023 | | Blanket bond (per case limit): | $458,600.00 |
| For Period Ending: | 12/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $239.69 | $0.24 | $239.45 |

| For the period of 06/08/2023 to 12/31/2023 | | For the entire history of the account between 10/18/2023 to 12/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $239.69 | Total Compensable Receipts: | $239.69 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $239.69 | Total Comp/Non Comp Receipts: | $239.69 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.24 | Total Compensable Disbursements: | $0.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.24 | Total Comp/Non Comp Disbursements: | $0.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. BIRCHER III

JOHN C. BIRCHER III