UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

TSR, LLC                                                                CASE NO: 23-01577-5-DMW

      DEBTOR                                                      CHAPTER 7

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the Consent Order Granting Motion to Approve Compromise (DOCKET ENTRY #57) was served upon various parties electronically through CM/ECF on the date of entry. The Order was mailed to the Debtor by first class mail bearing sufficient postage on this date and submitted electronically as indicated.

Dated: 05/15/2024

                                                        s/John C. Bircher III
                                                        John C. Bircher III
                                                        N.C. State Bar No. 24119
                                                        DAVIS HARTMAN WRIGHT LLP
                                                        209 Pollock Street
                                                        New Bern, NC 28560
                                                        Telephone/Facsimile 252-262-7055
                                                        Email: jcb@dhwlegal.com

cc:

TSR, LLC
Attn: Justin W. LaNasa, Manager
208 South Front Street, Unit 3
Wilmington, NC 28401